UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROGER POOLE, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV02016 ERW |
| ) | |
| WALLY BERGER BUICK, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiffs have filed a Motion for Permanent Injunction [doc. #10]. In their Motion they ask that the Court compel Defendant to submit all reports and contributions as they come due, pursuant to the terms of the parties' collective bargaining agreement. This Motion was filed on May 15, 2008, however, the Court has held the Motion is abeyance while Defendant sought financing.

Accordingly,

**IT IS HEREBY ORDERED** that Counsel for all parties shall appear by telephone for a status conference regarding the pending Motion for Permanent Injunction. This conference is hereby set for **Thursday, August 21st, 2008** at **9:00 a.m.** The Court will initiate this telephone conference with counsel for all parties at the date and time stated above.

Dated this 8th Day of August, 2008.

/s/ E. Richard Webber
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE