UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROGER POOLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV02016 ERW |
| ) | |
| WALLY BERGER BUICK, INC. ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Pursuant to the Status Conference held on October 10, 2008, the Court vacates the trial setting in this action and the pretrial compliance deadline. Plaintiffs will be filing a Motion with this Court, asking that the Court enter judgment on their claims. A hearing on this Motion will be held on October 31, 2008 at 9:00 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that the trial setting and the pretrial compliance deadline are vacated. A hearing on Plaintiffs' Motion will be held on **October 31, 2008** at **9:00 a.m.**

Dated this 10th day of October, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE